

Quarles & Brady LLP
Attorneys at Law
411 East Wisconsin Avenue
Suite 2400
Milwaukee, Wisconsin 53202-4428
414-277-5000
Fax 414-271-3552
quarles.com

James E. Goldschmidt
E-Mail: James.Goldschmidt@quarles.com

December 19, 2024

**VIA ELECTRONIC FILING**

Mr. Christopher Conway, Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street, Room 2722
Chicago IL 60604

> RE: *Hammond Power Solutions, Inc. v. National Union Fire Ins. Co of Pittsburgh*
> **Appeal No. 24-1642 – Additional Oral Argument Unavailability**

Dear Mr. Conway:

    I represent and will be presenting oral argument on behalf of Appellant Hammond Power Solutions, Inc. in the above-referenced appeal. Pursuant to Circuit Rule 34(b)(3) and (4), I respectfully request that in addition to the dates identified in my letter of November 27, 2024, the Court avoid scheduling oral argument in this matter in the week of February 10, 2025.

    The basis for this additional (and late-breaking) request is that I have just been scheduled for oral argument in the Supreme Court of Wisconsin on February 12, 2025, and the time needed to prepare for that argument will leave me unable to prepare adequately for an argument in this Court the same week.

    Thank you for your consideration of this additional scheduling constraint.

    Very truly yours,

    QUARLES & BRADY LLP

    */s/ James E. Goldschmidt*

    James E. Goldschmidt